IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON BREEDEN, et al.,

        Plaintiff(s),

vs.

BENCHMARK LENDING GROUP,

        Defendant(s).

No. C 04-5104 SC (MEJ)

**ORDER RE: PRODUCTION OF DOCUMENTS AND DEPOSITION SCHEDULE**

The Court is in receipt of the parties' joint letter, filed August 10, 2005, regarding Plaintiffs' request for production of documents and Defendant's request to schedule depositions. Simply stated, Plaintiffs seek documents regarding exemption issues; Defendant argues that it will produce the documents, but only after Plaintiffs cooperate in scheduling their depositions. Upon review of the parties' arguments, the Court hereby ORDERS as follows:

1) Defendants shall produce all non-privileged documents relating to exemption issues within two weeks from the date of this Order; and

2) the depositions shall take place within three weeks from production of said documents.

**IT IS SO ORDERED.**

Dated: August 25, 2005

MARIA-ELENA JAMES
United States Magistrate Judge