1  REBECCA D. EISEN, State Bar No. 96129
   BARBARA I. ANTONUCCI, State Bar No. 209039
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   BENCHMARK LENDING GROUP, INC.
6

7  PETER L. SIMON, State Bar No. 178393
   STEVEN J. BLEASDELL, State Bar No. 191522
8  STEPHEN D. PERRY, State Bar No. 213223
   BEYERS COSTIN
9  200 Fourth Street, Suite 400
   P.O. Box 878
10 Santa Rosa, CA 95402-0878
   Tel:  707.547.2000
11 Fax:  707.526.3672

12 Attorneys for AARON BREEDEN et al.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17  AARON BREEDEN, et al.,                Case No. C 04-05104 SC (MEJ)

18              Plaintiffs,

19        vs.                             STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE PRODUCTION
20  BENCHMARK LENDING GROUP,              OF DOCUMENTS AND DEPOSITION
    INC., a Delaware Corporation and DOES SCHEDULE
21  1 through 100, inclusive,

22              Defendants.

23

24        IT IS HEREBY STIPULATED between the parties, through their attorneys of record, as

25  follows:

26        On August 25, 2005, the Court ordered that Defendant produce all non-privileged

27  documents relating to the exemption issues by September 8, 2005, and that depositions related to

28  this issue take place within three weeks of production of these documents.

1   On Tuesday, September 6, 2005, Defendant Benchmark Lending Group decided to retain
2   new counsel, Morgan Lewis and Bockius LLP ("MLB"), in connection with this action.
3   On Wednesday, September 7, 2005, Rebecca Eisen of MLB, informed Plaintiffs' attorney,
4   Peter Simon, of this development and asked him to stipulate to an extension of time to comply
5   with the discovery order in order to allow new counsel to become familiar with the case. Mr.
6   Simon agreed.
7   The parties anticipate that Defendant will be able to produce documents within
8   approximately 30 days, and complete the depositions within 60 days of the date of this Order.
9   Accordingly, the parties agree that the deadline to produce documents be continued to October 8,
10  2005, and that the depositions be completed by November 7, 2005.

11  Dated: September 8, 2005                    MORGAN LEWIS & BOCKIUS LLP
12
13                                              By _____
                                                Barbara I. Antonucci
14                                              Attorneys for Defendant
                                                BENCHMARK LENDING GROUP, INC.
15

16  Dated: September 8, 2005                    BEYERS COSTIN
17
18                                              By _____
                                                Peter L. Simon
19                                              Attorneys for Plaintiffs
                                                AARON BREEDEN et al.
20

21  IT IS SO ORDERED:

22  Dated: September 9, 2005

23                                              Hon. _____

                                                IT IS SO ORDERED
                                                [signature]
                                                Judge Maria-Elena James

1-SF/7283763.1                                  2                                       C 04-05104 SC
                                    STIPULATION AND [PROPOSED] ORDER