| | |
|---|---|
| 1 | REBECCA D. EISEN, State Bar No. 96129 |
| 2 | BARBARA I. ANTONUCCI, State Bar No. 209039<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 5 | Attorneys for Defendant |
| 6 | BENCHMARK LENDING GROUP, INC. |
| 7 | PETER L. SIMON, State Bar No. 178393 |
| 8 | STEVEN J. BLEASDELL, State Bar No. 191522<br>STEPHEN D. PERRY, State Bar No. 213223 |
| 9 | BEYERS COSTIN<br>200 Fourth Street, Suite 400 |
| 10 | P.O. Box 878<br>Santa Rosa, CA 95402-0878 |
| 11 | Tel: 707.547.2000<br>Fax: 707.526.3672 |
| 12 | Attorneys for AARON BREEDEN et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BREEDEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENCHMARK LENDING GROUP, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 04-05104 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR OPPOSITION TO AND HEARING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED between the parties, through their attorneys of record, as follows:

On August 26, 2005, Plaintiffs filed a motion for leave to file a First Amended Complaint. The hearing on this Motion is September 30, 2005. The last day to file an Opposition to this Motion is September 9, 2005.

1-SF/7283854.1

1

STIPULATION AND [PROPOSED] ORDER

C 04-05104 SC

1   On Tuesday, September 6, 2005, Defendant Benchmark Lending Group decided to retain
2   new counsel, Morgan Lewis and Bockius LLP ("MLB"), in connection with this action.

4   On Wednesday, September 7, 2005, Rebecca Eisen of MLB, informed Plaintiffs' attorney,
5   Peter Simon, of this development. On Thursday, September 8, 2005, Ms. Eisen asked Mr. Simon
    to stipulate to a two-week extension of time to oppose the motion for leave to amend. Mr. Simon
6   agreed.

8   Accordingly, the parties agree that the deadline to oppose the motion be continued to
9   September 23, 2005, and that the hearing on the motion be continued to October 14, 2005.

11  Dated: September 8, 2005              MORGAN, LEWIS & BOCKIUS LLP

                                          By _____
                                             Barbara I. Antonucci
                                             Attorneys for Defendant
                                             BENCHMARK LENDING GROUP, INC.

16  Dated: September 8, 2005              BEYERS COSTIN

                                          By _____
                                             Peter L. Simon
                                             Attorneys for Plaintiffs
                                             AARON BREEDEN et al.

21  IT IS SO ORDERED:

22  Dated: September 22, 2005
                                          _____
                                          Hon. Samuel Conti

1-SF/7283854.1                    2                              C 04-05104 SC
                    STIPULATION AND [PROPOSED] ORDER