| | |
|---|---|
| 1 | REBECCA D. EISEN, State Bar No. 96129 |
| 2 | BARBARA I. ANTONUCCI, State Bar No. 209039<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 5 | Attorneys for Defendant |
| 6 | BENCHMARK LENDING GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BREEDEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENCHMARK LENDING GROUP,<br>INC., a Delaware Corporation and DOES<br>1 through 100, inclusive,<br><br>Defendants. | Case No. C 04-05104 SC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Benchmark Lending Group, Inc., hereby substitutes the law firm of Morgan, Lewis & Bockius LLP in place of Dillingham & Murphy LLP in these proceedings.

Defendant Benchmark Lending Group, Inc., respectfully requests that the necessary changes be made to the service list and the Court's records, and that all future communications regarding this case be directed to:

> Rebecca D. Eisen
> Barbara I. Antonucci
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001

1 | I hereby consent to the substitution of attorney.

2 | Dated: September 8, 2005        DILLINGHAM & MURPHY LLP

                                    By _____
                                        William Gaus

6 | Dated: September __, 2005       MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                        Barbara I. Antonucci
                                        Attorneys for Defendant
                                        BENCHMARK LENDING GROUP, INC.

11 | IT IS SO ORDERED:

12 | Dated: _____, 2005

                                    _____
                                    Hon. Samuel Conti

1 | I hereby consent to the substitution of attorney.

2 | Dated: September 19, 2005         BENCHMARK LENDING GROUP, INC.

By _____
Barney Aldridge,
CEO, Benchmark Lending Group, Inc.

7 | IT IS SO ORDERED:

9 | Dated: __9/22__, 2005

_____
Judge Samuel Conti

(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — seal)