1  REBECCA D. EISEN, State Bar No. 96129
   BARBARA I. ANTONUCCI, State Bar No. 209039
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant
   BENCHMARK LENDING GROUP, INC.
6

7  PETER L. SIMON, State Bar No. 178393
   STEVEN J. BLEASDELL, State Bar No. 191522
8  STEPHEN D. PERRY, State Bar No. 213223
   BEYERS COSTIN
9  200 Fourth Street, Suite 400
   P.O. Box 878
10 Santa Rosa, CA 95402-0878
   Tel: 707.547.2000
11 Fax: 707.526.3672

12 Attorneys for AARON BREEDEN et al.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17 AARON BREEDEN, et al.,                 Case No. C 04-05104 SC

18                Plaintiffs,              **STIPULATION AND** [PROPOSED]
                                           **ORDER TO MODIFY DEADLINES**
19        vs.

20 BENCHMARK LENDING GROUP,
   INC., a Delaware Corporation and DOES
21 1 through 100, inclusive,

22                Defendants.

23

24        WHEREAS, on or about September 6, 2005, Defendant Benchmark Lending Group

25 retained new counsel, Morgan Lewis and Bockius LLP to represent its interest in connection with

26 this action;

27        WHEREAS, on September 22, 2005, the parties agreed to mediate this case before

28 Michael Dickstein within 90 days;

1     WHEREAS, the hearing on Plaintiff's Motion for Leave to File a First Amended Complaint is currently set for October 14, 2005; and, the last day to file and serve an Opposition to this Motion is September 23, 2005;

    WHEREAS, the deadline to produce documents and complete depositions, pursuant to a Stipulation and Order amending the Court's Order of August 25, 2005, are currently set for October 8, 2005, and November 7, 2005, respectively;

    WHEREAS, the next status conference in this case is currently scheduled for November 18, 2005;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and by and between their undersigned counsel, that good cause exists and it is in the best interests of both parties to continue all of these dates for 90 days in order to allow the parties to complete mediation. The parties propose the following modified schedule:

| | |
|---|---|
| Complete Mediation | December 16, 2005 |
| Oppose Motion for Leave To File Amended Complaint | December 22, 2005 |
| Produce Documents Identified in August 25, 2005 Order | January 6, 2006 |
| Hearing on Motion for Leave To File Amended Complaint | ~~January 12, 2006~~ 1/13/06 @ 10:00 A.M. SC |
| Complete Depositions Identified in August 25, 2005 Order | February 5, 2006 |
| Status Conference | ~~February 15, 2006~~ 2/10/06 @ 10:00A.M. SC |

| | |
|---|---|
| 1  Dated: September 23, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | By _____ |
| 3 | Barbara I. Antonucci |
|   | Attorneys for Defendant |
| 4 | BENCHMARK LENDING GROUP, INC. |
| 5 | |
| 6  Dated: September 23, 2005 | BEYERS COSTIN |
| 7 | By _____ /s/ for Peter Simon_____ |
| 8 | Peter L. Simon |
|   | Attorneys for Plaintiffs |
| 9 | AARON BREEDEN et al. |

IT IS SO ORDERED:

Dated: __9/27__, 2005

Hon. S. [signature: Judge Samuel Conti]
United States District Court
Northern District of California

3
STIPULATION AND [PROPOSED] ORDER
C 04-05104 SC