1  PETER L. SIMON (CSB No. 178393)
2  STEVEN J. BLEASDELL (CSB No. 191522)
   STEPHEN PERRY (CSB No. 213223)
3  BEYERS | COSTIN
   200 Fourth Street, Suite 400
4  P.O. Box 878
   Santa Rosa, California 95402-0878
5  Telephone: 707.547.2000
6  Facsimile: 707.526.3672

7  Attorneys for Plaintiffs, Plaintiff Class, Quasi-class and Collective Class

8  REBECCA D. EISEN, State Bar No. 96129
   BARBARA I. ANTONUCCI, State Bar No. 209039
9  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
10 San Francisco, CA 94105-1126
   Tel: 415.442.1000
11 Fax: 415.442.1001

12 Attorneys for Defendant BENCHMARK LENDING GROUP, INC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BREEDEN, et al.,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>BENCHMARK LENDING GROUP, INC., and DOES 1-200, inclusive,<br><br>　　　　　　　Defendants. | Case No. C 04-05104 SC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: February 16, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Samuel Conti |

The parties have settled this matter in principle. Based on recent conversations between counsel, it appears that the outstanding issues that were preventing the execution of a formal settlement document to be submitted to the Court for approval have been ironed out. The parties request a 30 day continuance during which period they hope to have reserved a date for preliminary approval of class action settlement and conditional certification of a class.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2006 | BEYERS | COSTIN |
| 2 | | |
| 3 | | BY: /s/ Peter L. Simon |
| 4 | | Peter L. Simon |
| | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | | |
| 7 | Dated: February 6, 2006 | MORGAN, LEWIS & BOCKIUS |
| 8 | | |
| 9 | | |
| 10 | | BY: [signature] |
| | | Barbara Antonucci |
| 11 | | Attorneys for Defendant |

## ORDER

The above stipulation is hereby made an order of the Court. The current case management conference will be continued to March 24, 2006, at 10:00 a.m.

Honorable Samuel Conti

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti

(Seal: United States District Court, Northern District of California)