PETER L. SIMON (CSB No. 178393)
STEVEN J. BLEASDELL (CSB No. 191522)
STEPHEN PERRY (CSB No. 213223)
BEYERS | COSTIN
200 Fourth Street, Suite 400
P.O. Box 878
Santa Rosa, California 95402-0878
Telephone: 707.547.2000
Facsimile: 707.526.3672

Attorneys for Plaintiffs, Plaintiff Class, Quasi-class and Collective Class

REBECCA D. EISEN, State Bar No. 96129
BARBARA I. ANTONUCCI, State Bar No. 209039
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant BENCHMARK LENDING GROUP, INC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BREEDEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BENCHMARK LENDING GROUP, INC., and DOES 1-200, inclusive, <br><br> Defendants. | Case No. C 04-05104 SC <br><br> **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND** ~~PROPOSED~~ **ORDER** <br><br> Date: April 28, 2006 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 <br> Judge: Hon. Samuel Conti |

The parties have just recently resolved the number of outstanding issues that were delaying the finalization of the settlement agreement. The parties anticipate that a motion for preliminary approval of the settlement and conditional certification of the Class will be filed within 30 days and the parties request that the Court continue the case management conference for at least 90 days. In the event the preliminary application for a fairness hearing is granted, the parties will likely request a

further continuance of the case management conference pending the final approval of the settlement, which should result in entry of judgment and dismissal.

Dated: April 18, 2006

BEYERS | COSTIN

BY: _____
Peter L. Simon
Attorneys for Plaintiffs

Dated: April 18, 2006

MORGAN, LEWIS & BOCKIUS

BY: _____
Barbara Antonucci
Attorneys for Defendant

### ORDER

The above stipulation is hereby made an order of the Court. The current case management conference will be continued to __August 4, 2006__, at __10:00__ a.m.

Honorable _____

IT IS SO ORDERED
Judge Samuel Conti