UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON BREEDEN, et al.,<br><br>                 Plaintiffs,<br>vs.<br><br>BENCHMARK LENDING GROUP, INC., and DOES 1- 200, inclusive,<br><br>                 Defendants. | Case No. C 04-5104 SC<br><br>**[PROPOSED] ORDER AND JUDGMENT (1) APPROVING SETTLEMENT; (2) APPROVING PLAINTIFFS' COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND COSTS; AND (3) APPROVING SERVICE PAYMENTS TO CLASS REPRESENTATIVES**<br><br>Date:  November 17, 2006<br>Time:  10:00 a.m.<br>Dept:  Courtroom 1<br>Judge: Hon. Samuel Conti |

    This Court having reviewed the applications of Plaintiffs and Plaintiffs' counsel and, having received no objection from Defendants or any Class Member, hereby rules as follows:

    Based on the evidence presented, this Court finds that the proposed settlement is fair and reasonable and in the best interest of the Class. This Court also finds that the requisite elements of an Federal Rules of Civil Procedure, Rule 23 Class Action have been met and that a Class Action is the superior method for litigating and resolving this case. This Court also finds that plaintiffs' counsel was responsible for obtaining a benefit to the Class of at least $1,500,000.

THIS COURT HEREBY ORDERS AS FOLLOWS:

(1)    The Settlement is approved. Plaintiffs have shown the Settlement to be fair and reasonable. The Class, defined below, is certified. The Court finds that the basis for the causes of action all arise from similar facts, primarily whether loan officers were mis-classified as "exempt." The Court further finds that a Class Action is the preferred

mechanism for resolving this dispute given that the claims are similar and that the proposed Settlement addresses differences in damages between Class Members;

a) The Court hereby appoints as Class Representatives Brian Winogradov, Charles Woods, Michael Pavelka and Aaron Breeden.

b) The Court hereby appoints the law firm of Beyers Costin as Class Counsel.

c) The Class is defined as,

> All current or former employees of Benchmark employed in the State of California in the position of Loan Officer at any time during the period between November 12, 2000 and January 1, 2005.

(2) Fees and costs for Plaintiffs' counsel are approved in the amount of $375,000. This amount represents less than the 25% "benchmark" for class action fees, and is reasonable given the significant benefit conferred upon the Class and the risk undertaken by counsel. There have been no objections to this application. The fees will be paid no later than 10 days from the entry of this order.

(3) The applications of the Class Representatives for incentive compensation are approved in the amount of $20,000 each, which shall be paid within 10 days of entry of this order.

(4) This Court hereby dismisses this matter. The Court reserves jurisdiction to enforce the terms of the Settlement, or resolve any disputes arising from the interpretation or administration of the Settlement.

Dated: _____

_____
HONORABLE SAMUEL CONTI